# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

NATALYA and VLADIMIR POGREBINSKY,

        Plaintiffs,

v.

CACH, LLC; and MANDARICH LAW GROUP, PLLC,

        Defendants.

C16-1607 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the Notice of Bankruptcy filed on March 21, 2017, docket no. 11, indicating that one of two defendants in this matter, namely CACH, LLC, has filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, the Court directs the parties to SHOW CAUSE by April 14, 2017, why this action should not be stayed pursuant to 11 U.S.C. § 362.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 23rd day of March, 2017.

                    William M. McCool
                    Clerk

                    s/Karen Dews
                    Deputy Clerk

MINUTE ORDER - 1