UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATALYA POGREBINSKY, et al.,

          Plaintiffs,

   v.

CACH, LLC, et al.,

          Defendants.

C16-1607 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The parties' stipulated motion to extend discovery motion filing deadline, docket no. 15, is GRANTED as follows. Although the deadline for filing discovery motions expired before the parties sought the extension at issue,[1] the parties may file discovery motions on or before August 14, 2017. The pendency of any discovery motion, however, shall not be grounds for extending or failing to comply with the current deadline for filing dispositive motions.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of July, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

---

[1] *See* Local Civil Rule 7(j) ("A motion for relief from a deadline should, whenever possible, be filed sufficiently in advance of the deadline to allow the court to rule on the motion prior to the deadline. Parties should not assume that the motion will be granted and must comply with the existing deadline unless the court orders otherwise.").

MINUTE ORDER - 1