1

2

3

4                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
                                AT SEATTLE
5

6    NATALYA and VLADIMIR
     POGREBINSKY,

7                           Plaintiffs,
                                                        C16-1607 TSZ
8        v.
                                                        ORDER
9    CACH, LLC, et al.,

10                          Defendants.

11          Counsel having advised the Court that this matter has been resolved, _see_ Notice of

12   Settlement (docket no. 17), and plaintiffs' counsel having telephonically confirmed that

13   no issue remains for the Court's determination,

14          NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with

15   prejudice and without costs.

16          In the event settlement is not perfected, either party may move to reopen and trial

17   will be scheduled, provided such motion is filed within **120** days of the date of this Order.

18          The Clerk is directed to send a copy of this Order to all counsel of record.

19          IT IS SO ORDERED.

20          Dated this 20th day of September, 2017.

21                                              _Thomas S Zilly_

22                                              _____
                                                Thomas S. Zilly
23                                              United States District Judge

ORDER - 1